IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

| | |
|---|---|
| SHERRI TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3PA-19-2292 CI |

## NOTICE OF REMOVAL OF CIVIL ACTION

To:    Clerk of Court
Alaska Court System
435 S Denali Street
Palmer, Alaska 99645

PLEASE TAKE NOTICE that defendant has this day filed a notice of removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the District of Alaska.

HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
1029 W. 3rd Avenue, Suite 110
Anchorage, Alaska 99501
(907) 274.7522
courtdocument@hugheswhite.com

Notice of Removal of Civil Action
*Turner v. State Farm Mutual Automobile Insurance company*, Case No. 3PA-19-2292CI
(220-4316/479864)
Page 1 of 2

Case 3:20-cv-00059-TMB   Document 1-1   Filed 03/09/20   Page 1 of 2

Dated at Anchorage, Alaska, this 9th day of March, 2020.

HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
Attorneys for Defendant State Farm

By: _____
Kimberlee A. Colbo
ABA No. 9211072

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was ☐ emailed ☐ hand delivered and/or ☒ mailed this 9th day of March, 2020 to:

Curtis Martin
Law Offices of Curtis W. Martin
263 S. Alaska Street
Palmer, AK 99645

_____
Michelle Garner

HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
1029 W. 3rd Avenue, Suite 110
Anchorage, Alaska 99501
(907) 274.7522
courtdocument@hugheswhite.com

Notice of Removal of Civil Action
*Turner v. State Farm Mutual Automobile Insurance company,* Case No. 3PA-19-2292CI
(220-4316/479864)
Page 2 of 2